(78 South. 424)

GRIFFIN v. STATE.   (4 Div. 528.)

(Court of Appeals of Alabama.   April 2, 1918.)

Appeal from Circuit Court, Pike County; A. B. Foster, Judge.

W. C. Griffin was convicted of violating what is commonly known as the tick law, and he appeals. Reversed and remanded.

D. A. Baker, of Troy, for appellant. F. Loyd Tate, Atty. Gen., and David W. W. Fuller, Asst. Atty. Gen., for the State.

BRICKEN, J. The defendant was tried and convicted of the offense of violating what is commonly known as the tick law. This appeal is on the record, and the material questions involved are identical with those passed upon and considered by this court at its present term in the case of Childs v. State, 78 South. 308.[1] Under the authority of that case, the judgment of conviction is reversed, and the cause remanded.

Reversed and remanded.